# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID V. BARNARD,** | ) |
| **Petitioner,** | ) |
| -vs- | ) CIVIL NO. 04-CV-113-WDS |
| **BRIAN THOMAS,** | ) |
| **Respondent.** | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Report and Recommendation of United States Magistrate Judge Philip M. Frazier.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on October 5, 2006, the above petition is **DISMISSED** with prejudice.

**DATED** this 5th day of October, 2006.

**NORBERT G. JAWORSKI, CLERK**

**BY:**    s/*Sandy Pannier*
           Deputy Clerk

**APPROVED:**

   **S/WILLIAM D. STIEHL**
      **DISTRICT JUDGE**